```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KEVIN VENTURA, ET AL.,                     20-cv-8064 (JGK)
                                           09-cr-1015 (JGK)
                 Petitioners,

         - against -                        ORDER

UNITED STATES OF AMERICA,

                 Respondent.

**JOHN G. KOELTL**, District Judge:

The defendants submitted a joint pro se reply brief to the United States Attorney's Office. However, the brief was not authorized. The Court directed the submission of briefs and reply briefs following the evidentiary hearing and those briefs were submitted by counsel for each of the defendants. The Court did not seek or authorize any further briefs and the underlying 28 U.S.C. § 2255 applications have been thoroughly briefed and no further briefs are authorized in connection with those applications.

Moreover, the defendants were represented at the evidentiary hearing by counsel. It is unwise, in addition to being unauthorized, for the pro se defendants to submit briefs directly to the Court rather than relying on their counsel. Therefore, the Court will not accept these unauthorized filings.

**SO ORDERED.**

Dated:   New York, New York
         September 13, 2023

                                    _____
                                            John G. Koeltl
                                    United States District Judge